

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00178-CV

### IN THE MATTER OF THE MARRIAGE OF
### MATTHEW ROBERT BRIDGES AND
### STEPHANIE DAWN BRIDGES AND
### IN THE INTEREST OF M.R.B., A CHILD,

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 111134D

## MEMORANDUM OPINION

Appellant's "Motion to Dismiss Appeal" was filed on June 26, 2024.  Appellant no longer wishes to pursue her appeal and asserts that costs should be taxed against appellant.

Appellant's motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f).  Further, all costs of the appeal are taxed against appellant.  *See* TEX. R. APP. P. 42.1(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed July 11, 2024
[CV06]

